RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HERMAN ROBERTSON, III | : | DOCKET NO. 2:11 CV 1419 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| DEPUTY DAVENPORT, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii) and 1915A(b)(1).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 23 day of February 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE